UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT VILLA,<br><br>               Plaintiff,<br><br>         v.<br><br>RIVERSIDE SHERIFF DEPT., et al.,<br><br>              Defendants. | Case No. 2:24-cv-10429-FWS-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Robert Villa ("Plaintiff"), as limited by Plaintiff's Notice of Election (Dkt. 8); the Motion for Summary Judgment filed by Defendant Deputy Torres ("Defendant") (Dkt. 34, "Motion") and all briefing in support of and in opposition to the Motion; and the Report and Recommendation of the assigned magistrate judge (Dkt. 47, "Report"). As no party filed objections to the Report, the Court accepts the findings and recommendation of the magistrate judge.

As a result, IT IS HEREBY ORDERED that: (1) Defendant's Motion (Dkt. 34) is DENIED; and (2) as all preliminary matters raised by the parties have been addressed, under the referral order (Dkt. 3), the referral to the

magistrate judge is terminated and the case is returned to the undersigned for all purposes.

Dated:  June 12, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE